# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOLDBELT HAWK LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FLUOR INTERCONTINENTAL, INC.,<br><br>  Defendant. | Case No. 13-cv-01129 NC<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 28 |

The parties' joint request to continue by 60 days the case management conference presently set for November 6, 2013, is GRANTED in part DENIED in part. The Court will continue the case management conference to November 27, 2013 at 2:00 p.m. All other dates in this case remain unchanged, including the pre-trial conference and trial date.

IT IS SO ORDERED.

Date: October 31, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge